FILED
07 JUL 24 PM 3: 3
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
120 North Henry Street, Room 320
Post Office Box 432
Madison, Wisconsin 53703
608-264-5156

C 07 3797

TO: United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102-3434

DATE:   July 17, 2007

RE: GEMINI IP TECHNOLOGIES v. HEWLETT-PACKARD COMPANY
Case No. 07-C-205-S

Enclosed please find the original record in the above-entitled matter, along with a certified copy of the docket sheet.

Please acknowledge your receipt of these documents by stamping and returning the enclosed copy of this letter in the envelope provided.

Thank you.

THERESA M. OWENS, CLERK

E. Stuthoff
By: Deputy Clerk

Encl.
cc:     All counsel of record