1  LATHAM & WATKINS LLP
   Bob Steinberg
2  140 Scott Drive
3  Menlo Park, California  94025
   Telephone:  (650) 328-4600
4  Facsimile:  (650) 463-2600

5  LATHAM & WATKINS LLP
   David S. Foster
6  Sears Tower, Suite 5800
7  Chicago, IL 60606
   Telephone:  (312) 876-7700

Attorneys for ADOBE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC<br>  a Wisconsin Limited Liability Corporation,<br><br>              Plaintiff,<br>   v.<br><br>HEWLETT PACKARD COMPANY, et al.,<br><br>              Defendants. | CASE No.  5:07cv7397<br><br>Hon. Patricia V. Trumbull<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Gemini IP Technologies, LLC, and defendant, Adobe Systems, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

| | | |
|---|---|---|
| 1 | Dated: July 31, 2007 | Respectfully submitted, |
| 2 | ADOBE SYSTEMS, INC. | GEMINI IP TECHNOLOGIES, LLC |

/s/                                        /s/

Bob Steinberg                        David M. Pridham (RI # 6625)
bob.steinberg@lw.com        Intellectual Property Navigation Group, LLC
Latham & Watkins                  207 C North Washington Avenue
140 Scott Drive                        Marshall, Texas 75670
Menlo Park, CA 94025           Telephone: (903) 938-7400
                                       Facsimile: (903) 938-7404
David S. Foster
david.foster@law.com             John J. Edmonds (TX #00789758)
Latham & Watkins                  THE EDMONDS LAW FIRM
Sears Tower, Suite 5800          709 Sabine Street
Chicago, IL 60606                 Houston, Texas 77007
                                       Telephone: (713) 858-3320
COUNSEL FOR ADOBE SYSTEMS, INC.   Facsimile: (832) 415-2535

COUNSEL FOR PLAINTIFF
GEMINI IP TECHNOLOGIES, LLC

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated: July 31, 2007

                                                            /s/
                                                    Bob Steinberg

## **ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Gemini IP Technologies, LLC, and defendant, Adobe Systems, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff and said defendant are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that

1  incurred them.

2      Good cause therefore appearing, IT IS SO ORDERED.

3

4  Dated: _____

                              Honorable Patricia V. Trumbull

5                                Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28