| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | TERA M. HEINTZ, State Bar No. 241414 |
| 2 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 3 | Telephone: 415.442.1000 |
| | Facsimile: 415.442.1001 |
| 4 | E-mail: theintz@morganlewis.com |
| 5 | JAMES M. BOLLINGER |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | 101 Park Avenue |
| 7 | New York, NY 10178 |
| | Telephone: 212.309.6000 |
| 8 | Facsimile: 212.309.6001 |
| | email: jbollinger@morganlewis.com |
| 9 | |
| 10 | KELL M. DAMSGAARD |
| | DANIEL H. GOLUB |
| 11 | MORGAN, LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| 12 | Philadelphia, PA 19103 |
| | Telephone: 215.963.5000 |
| 13 | Facsimile: 215.963.5001 |
| 14 | email: kdamsgaard@morganlewis.com |
| | email: dgolub@morganlewis.com |
| 15 | |
| | Attorneys for Defendant |
| 16 | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEMINI IP TECHNOLOGIES, LLC,, | | Case No. 5:07-cv-03797-PVT |
| Plaintiff, | | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | | |
| HEWLETT PACKARD COMPANY, ET AL., | | |
| Defendants. | | |

The plaintiff, Gemini IP Technologies, LLC, and defendant, Hewlett-Packard Co., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7608266.1

1.

STIPULATION RE DISMISSAL
CASE NO. 5:07-cv-03797-PVT

entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated September 11, 2007, with each party to bear its own costs, expenses and attorneys fees.

Dated: September 25, 2007.                          Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Tera M. Heintz (SBN: 241414) | David M. Pridham (RI # 6625) |
| Morgan, Lewis & Bockius | Intellectual Property Navigation Group, LLC |
| One Market, Spear Street Tower | 207 C North Washington Avenue |
| San Francisco, CA 94105 | Marshall, Texas 75670 |
| Telephone: 415.442.1000 | Telephone: (903) 938-7400 |
| Facsimile: 415.442.1001 | Facsimile: (903) 938-7404 |
| | |
| James M. Bollinger | John J. Edmonds (TX #00789758) |
| Morgan, Lewis & Bockius | THE EDMONDS LAW FIRM |
| 101 Park Avenue | 709 Sabine Street |
| New York, NY 10178 | Houston, Texas 77007 |
| Telephone: 212.309.6000 | Telephone: (713) 858-3320 |
| Facsimile: 212.309.6001 | Facsimile: (832) 415-2535 |
| | |
| Kell M. Damsgaard | Jason W. Cook (TX # 2402853) |
| Daniel H. Golub | The Law Office of Jason W. Cook |
| Morgan, Lewis & Bockius | 5320 Victor St. |
| 1701 Market Street | Dallas, Texas 75214 |
| Philadelphia, PA 19103 | Telephone: 214.504.6813 |
| Telephone: 215.963.5000 | Facsimile: (469) 327-2777 |
| Facsimile: 215.963.5001 | |
| | ATTORNEYS FOR PLAINTIFF |
| ATTORNEYS FOR | GEMINI IP TECHNOLOGIES, LLC |
| DEFENDANT HEWLETT-PACKARD | |
| COMPANY | |

I, Tera M. Heintz, am the ECF User whose ID and password are being used to file this STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: September 25, 2007

                                                    /s/
                                        ─────────────────────────
                                        Tera M. Heintz

                                        Attorneys for Defendant
                                        HEWLETT-PACKARD COMPANY

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Gemini IP Technologies, LLC, and Defendant, Hewlett-Packard Co., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, Gemini IP Technologies, LLC, and Defendant, Hewlett-Packard Co., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated September 11, 2007.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: _____                         _____

Honorable Patricial V. Trumbull
Magistrate Judge