MORGAN, LEWIS & BOCKIUS LLP
TERA M. HEINTZ, State Bar No. 241414
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: theintz@morganlewis.com

JAMES M. BOLLINGER
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6000
Facsimile: 212.309.6001
email: jbollinger@morganlewis.com

KELL M. DAMSGAARD
DANIEL H. GOLUB
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
email: kdamsgaard@morganlewis.com
email: dgolub@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,, <br><br> Plaintiff, <br><br> vs. <br><br> HEWLETT PACKARD COMPANY, ET AL., <br><br> Defendants. | Case No. 5:07-cv-03797-PVT <br><br> **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

The plaintiff, Gemini IP Technologies, LLC, and defendant, Hewlett-Packard Co., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7608266.1
1.
STIPULATION RE DISMISSAL
CASE NO. 5:07-cv-03797-PVT

1  entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated September 11,
2  2007, with each party to bear its own costs, expenses and attorneys fees.

3  Dated: September 25, 2007.                    Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Tera M. Heintz (SBN: 241414) | David M. Pridham (RI # 6625) |
| Morgan, Lewis & Bockius | Intellectual Property Navigation Group, LLC |
| One Market, Spear Street Tower | 207 C North Washington Avenue |
| San Francisco, CA 94105 | Marshall, Texas 75670 |
| Telephone: 415.442.1000 | Telephone: (903) 938-7400 |
| Facsimile: 415.442.1001 | Facsimile: (903) 938-7404 |
| | |
| James M. Bollinger | John J. Edmonds (TX #00789758) |
| Morgan, Lewis & Bockius | THE EDMONDS LAW FIRM |
| 101 Park Avenue | 709 Sabine Street |
| New York, NY 10178 | Houston, Texas 77007 |
| Telephone: 212.309.6000 | Telephone: (713) 858-3320 |
| Facsimile: 212.309.6001 | Facsimile: (832) 415-2535 |
| | |
| Kell M. Damsgaard | Jason W. Cook (TX # 2402853) |
| Daniel H. Golub | The Law Office of Jason W. Cook |
| Morgan, Lewis & Bockius | 5320 Victor St. |
| 1701 Market Street | Dallas, Texas 75214 |
| Philadelphia, PA 19103 | Telephone: 214.504.6813 |
| Telephone: 215.963.5000 | Facsimile: (469) 327-2777 |
| Facsimile: 215.963.5001 | |
| | ATTORNEYS FOR PLAINTIFF |
| ATTORNEYS FOR | GEMINI IP TECHNOLOGIES, LLC |
| DEFENDANT HEWLETT-PACKARD | |
| COMPANY | |

I, Tera M. Heintz, am the ECF User whose ID and password are being used to file this STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: September 25, 2007

/s/
Tera M. Heintz

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Gemini IP Technologies, LLC, and Defendant, Hewlett-Packard Co., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, Gemini IP Technologies, LLC, and Defendant, Hewlett-Packard Co., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated September 11, 2007.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: 9/26/07

Honorable Patricial V. Trumbull
Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7608266.1                                3.                      STIPULATION RE DISMISSAL
                                                                      CASE NO. 5:07-cv-03797-PVT