QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile     (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
    mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile     (650) 801-5100

Attorneys for Defendant Cisco Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>HEWLETT-PACKARD COMPANY, CISCO SYSTEMS, INC., and ADOBE SYSTEMS, INC.,<br><br>                Defendants. | CASE NO. 5:07-CV-3797 (PVT)<br><br>**CISCO SYSTEMS, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 5, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Victoria F. Maroulis
Victoria F. Maroulis

Attorneys for Defendant Cisco Systems, Inc.