QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile    (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
    mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile    (650) 801-5100

Attorneys for Defendant Cisco Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>HEWLETT-PACKARD COMPANY, CISCO SYSTEMS, INC., and ADOBE SYSTEMS, INC.,<br><br>             Defendants. | CASE NO. 5:07-CV-3797 (PVT)<br><br>**CISCO SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Cisco Systems, Inc. has no parent corporation, and no public corporation owns 10% or more of its stock.

DATED: October 5, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Victoria F. Maroulis
    Victoria F. Maroulis

Attorneys for Defendant Cisco Systems, Inc.