1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Charles K. Verhoeven (Bar No. 170151)
2      charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:    (415) 875-6600
4  Facsimile     (415) 875-6700

5    Victoria F. Maroulis (Bar No. 202603)
       victoriamaroulis@quinnemanuel.com
6    Michael D. Powell (Bar No. 202850)
       mikepowell@quinnemanuel.com
7  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
8  Telephone:    (650) 801-5000
   Facsimile     (650) 801-5100

Attorneys for Defendant Cisco Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, CISCO SYSTEMS, INC., and ADOBE SYSTEMS, INC.,<br><br>Defendants. | CASE NO. 5:07-CV-3797 (PVT)<br><br>**DEFENDANT CISCO SYSTEMS, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  Defendant Cisco Systems, Inc. declines to consent to the assignment of this action to a
2  United States Magistrate Judge for trial and disposition, and requests the reassignment of this
3  action to a United States District Judge.

DATED: October 5, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Victoria F. Maroulis
    Victoria F. Maroulis

Attorneys for Defendant Cisco Systems, Inc.