# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **GEMINI IP TECH.,** | **C 07-3797 PVT** |
| **Plaintiff(s),** | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **HEWLETT-PACKARD COMPANY, ET AL.,** | |
| **Defendant(s).** | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: October 5, 2007                RICHARD W. WIEKING,
                                      Clerk of Court

                                      /s/ Corinne Lew
                                      _____
                                      By: Corinne Lew
                                      Deputy Clerk