**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                       408.535.5364

**October 5, 2007**

**CASE NUMBER:  CV 07-03797 PVT**
**CASE TITLE:  GEMINI IP TECHNOLOGIES-v-HEWLETT-PACKARD COMPANY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.  Case

assigned to the **Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 10/05/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                        Entered in Computer 10/05/07


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA