# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gemini IP Technologies, LLC,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Hewlett-Packard Company,<br><br>                    Defendant(s). | 07-03797 WHA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 18, 2007

               RICHARD W. WIEKING
               Clerk
               by:   Timothy J. Smagacz

               */s/ Timothy Smagacz*
               _____
               ADR Administrative Assistant
               415-522-4205
               Tim_Smagacz@cand.uscourts.gov

**United States District Court** / **Northern District of California** (left margin)

**Notice Re: Noncompliance With Court Order**
07-03797 WHA                -2-

PROOF OF SERVICE

Case Name:	Gemini IP Technologies, LLC v. Hewlett-Packard Company

Case Number:	07-03797 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>	ADR Program
>	United States District Court
>	Norther District of California
>	450 Golden Gate Avenue Floor 16
>	San Francisco, CA 94102

On October 18, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>	David M. Pridham
>	Intellectual Property Navigation Gro
>	207 C North Washington Avenue
>	Marshall, TX 75670
>
>	John J. Edmonds
>	The Edmonds Law Firm
>	709 Sabine Street
>	Houston, TX 77007
>
>	Robert J. Garrey
>	Two Lincoln centre
>	5420 LBJ Freeway
>	Suite 750
>	Dallas, TX 75240
>
>	Joseph A. Ranney
>	Dewitt Ross & Stevens
>	Two East Mifflin Street
>	Suite 600
>	Madison, WI 53703

Jason W. Cook
The Law Office of Jason Cook
5320 Victor Street
Dallas, TX 75214

Sandhya Kidd
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Kell M. Damsgaard
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Todd G. Smith
Godfrey & Kahn, S.C.
1E Main St., #500
PO Box 2719
Madison, WI 53701-2719

Tera Marie Heintz
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
theintz@morganlewis.com

Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges L
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
victoriamaroulis@quinnemanuel.com

J. Donald Best
Michael Best & Friedrich LLP
One S. Pinckney St., Suite 700
P. O. Box 1806
Madison, WI 53701
jdbest@michaelbest.com

Charles Kramer Verhoeven
Quinn Emanuel Urquhart Oliver & Hedges L
50 California Street, 22nd Floor

San Francisco, CA 94111
charlesverhoeven@quinnemanuel.com

Bob Steinberg
Latham & Watkins
140 Scott Drive
Menlo Park, CA 94025

David S. Foster
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

James R. Cole
Quarles & Brady LLP
33 East Main Street
Suite 900
P.O. Box 2113
Madison, WI 53701-2113

Richard Brownley Ulmer Jr.
Latham & Watkins
140 Scott Drive
Menlo Park, CA 94025
dick.ulmer@lw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 18, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov