UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gemini IP Technologies, LLC

CASE NO. 07-03797 WHA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Hewlett-Packard Company, et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 1, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael Powell | Cisco Systems, Inc. | (650) 801-5010 | mikepowell@quinnemanuel.com |
| John J. Edmonds | Gemini IP Technologies, LLC | (713) 858-3320 | johnedmonds@edmondslegal.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Oct. 18, 2007

/s/ John J. Edmonds
Attorney for Plaintiff

Dated: Oct. 18, 2007

/s/ Victoria F. Maroulis
Attorney for Defendant

Rev 12.05