RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Judith L. Meadow, State Bar No. 089665
jmeadow@raklaw.com
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   310/826-7474
Facsimile:    310/826-6991

Attorneys for Plaintiff Gemini IP Technologies, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>            Defendants. | Case No. C 07-03797 WHA<br><br>Assigned to The Honorable William Alsup<br>Courtroom 9<br><br>**GEMINI IP TECHNOLOGIES, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, the parent of Gemni IP Technologies, LLC is Plutus IP Wisconsin, LLC, and that otherwise there is no such interest to report.

DATED: October 24, 2007               Russ, August & Kabat



                                                      By ___/s/ Marc A. Fenster___
                                                           Marc A. Fenster
                                                      Attorneys for Plaintiff
                                                      Gemini IP Technologies, LLC

2863-001 071024 Interest Parties Cert

**GEMINI IP TECHNOLOGIES, LLC'S CERTIFICATE OF INTERESTED PARTIES**
**Case No. C 07-03797 WHA**