RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Judith L. Meadow, State Bar No. 089665
jmeadow@raklaw.com
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:    310/826-7474
Facsimile:    310/826-6991

Attorneys for Plaintiff Gemini IP Technologies, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>　　　　　　Defendants. | Case No. C 07-03797 WHA<br><br>Assigned to The Honorable William Alsup<br>Courtroom 9<br><br>**GEMINI IP TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Gemini IP Technologies, LLC discloses that its parent is Plutus IP Wisconsin, LLC, and no public corporation owns 10% or more of its stock.

DATED: October 24, 2007　　　　　　Russ, August & Kabat


　　　　　　　　　　　　　　　　　　　By ___/s/ Marc A. Fenster___
　　　　　　　　　　　　　　　　　　　　　Marc A. Fenster
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Gemini IP Technologies, LLC

2863-001 071024 Gemini Discl Stmt