RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Judith L. Meadow, State Bar No. 089665
jmeadow@raklaw.com
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   310/826-7474
Facsimile:    310/826-6991

Attorneys for Plaintiff Gemini IP Technologies, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>Defendants. | Case No. C 07-03797 WHA<br><br>Assigned to The Honorable William Alsup<br>Courtroom 9<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[PROPOSED] ORDER<br>LODGED SEPARATELY HEREWITH<br><br>**Scheduled Hearing Date:**<br>**November 1, 2007**<br>**3:00 p.m.**<br>**Courtroom 9, 19th Floor** |

WHEREAS the parties are engaged in settlement discussions,

IT IS HEREBY STIPULATED by and between Plaintiff Gemini IP Technologies, LLC and Defendant Cisco Systems, Inc., through their respective counsel of record, subject to the approval of the Court, that the Initial Case Management Conference currently set for November 1, 2007 at 3:00 p.m. before the Honorable William Alsup, in Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, should be continued for two weeks to November 15, 2007, or as soon thereafter as the Court deems appropriate, to allow the parties the opportunity to conclude a settlement of the action.

2863-001 071029 StipContCM

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 07-03797 WHA

DATED: October 29, 2007

RUSS, AUGUST & KABAT
Marc A. Fenster
Judith L. Meadow
Irene Y. Lee


By  /s/ Marc A. Fenster
    Marc A. Fenster
Attorneys for Plaintiff
GEMINI IP TECHNOLOGIES, LLC

DATED: October 29, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Charles K. Verhoeven
Victoria F. Maroulis
Michael Powell


By:  /s/ Michael Powell
     Michael Powell
Attorneys for Defendant
CISCO SYSTEMS, INC.

2863-001 071029 StipContCM

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 07-03797 WHA