RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Judith L. Meadow, State Bar No. 089665
jmeadow@raklaw.com
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   310/826-7474
Facsimile:   310/826-6991

Attorneys for Plaintiff Gemini IP Technologies, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>  Defendants. | Case No. C 07-03797 WHA<br><br>Assigned to The Honorable William Alsup<br>Courtroom 9<br><br>[PROPOSED] ORDER RE STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

The Court, having considered the stipulation of counsel to continue the Case Management Conference, and good cause appearing therefore, it is hereby ordered that the Initial Case Management Conference originally set for November 1, 2007, at 3:00 p.m. be continued until November 8, 2007, at 3:00 p.m.

DATED: October 29, 2007.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

*IT IS SO ORDERED*
/s/ William Alsup
Judge William Alsup

2863-001 071029 Prop Order