RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Judith L. Meadow, State Bar No. 089665
jmeadow@raklaw.com
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:    310/826-7474
Facsimile:     310/826-6991

Attorneys for Plaintiff Gemini IP Technologies, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>Defendants. | Case No. C 07-03797 WHA<br><br>Assigned to The Honorable William Alsup<br>Courtroom 9<br><br>**AGREED MOTION TO DISMISS WITH PREJUDICE**<br><br>[PROPOSED] ORDER<br>LODGED SEPARATELY HEREWITH<br><br>**Scheduled Hearing Date:<br>November 1, 2007<br>3:00 p.m.<br>Courtroom 9, 19th Floor** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, Gemini IP Technologies, LLC ("Gemini") and Defendant Cisco Systems, Inc. ("Cisco") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Gemini against Cisco and all claims by Cisco against Gemini made therein with prejudice to the re-filing of same, except all claims of patent invalidity and

unenforceability by Cisco against Gemini shall be dismissed without prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

**AGREED TO:**

DATED: November 7, 2007    RUSS, AUGUST & KABAT

By ___/s/ Marc A. Fenster___
Marc A. Fenster
Attorneys for Plaintiff
GEMINI IP TECHNOLOGIES, LLC

DATED: November 7, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By ___/s/ Robert W. Stone___
Robert W. Stone
Attorneys for Defendant
CISCO SYSTEMS, INC.

2863-001 071107 MT to Dismiss    2

**AGREED MOTION TO DISMISS WITH PREJUDICE**
**Case No. C 07-03797 WHA**