RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Judith L. Meadow, State Bar No. 089665
jmeadow@raklaw.com
Irene Y. Lee, State Bar No. 213625
ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Attorneys for Plaintiff Gemini IP Technologies, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI IP TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al. <br><br> Defendants. | Case No. C 07-03797 WHA <br><br> Assigned to The Honorable William Alsup <br> Courtroom 9 <br><br> [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

On this day, Plaintiff GEMINI IP TECHNOLOGIES, LLC ("Gemini") and Defendant Cisco Systems, Inc. ("Cisco"), announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

**IT IS THEREFORE ORDERED** that the above-entitled cause and all claims for relief asserted against Cisco by Gemini and against Gemini by Cisco herein are dismissed with prejudice to the re-filing of same, except all claims of patent invalidity and unenforceability by Cisco against Gemini shall be dismissed without prejudice to the re-filing of same.

2863-001 071107 Prop Order

1    **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court, and expenses
2    shall be borne by each party incurring the same.
3    This is a final judgment.

5    DATED: __November 8, 2007_____



HONORABLE WILLIAM ALSUP
United States District Court Judge